UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ANITA DUNLAP,<br><br>　　　　　　Defendant,<br>　　v.<br><br>JPMORGAN CHASE BANK NA,<br><br>　　　　　　Garnishee-Defendant. | CASE NO. 2:23-mc-00020-LK<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT |

This matter comes before the Court on the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Anita Dunlap, aka Alexis Francois, from JPMorgan Chase Bank, N.A., the Garnishee. Dkt. No. 1. The Court, having reviewed the filings in this matter, hereby ORDERS that the Clerk of the Court issue the Writ of Continuing Garnishment submitted on March 8, 2023, Dkt. No. 1-3, against JPMorgan Chase Bank, N.A., whose address is:

ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT - 1

JPMorgan Chase Bank, N.A.
Attn: Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218.

Dated this 13th day of March, 2023.

_Lauren King_
Lauren King
United States District Judge